UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| YANCY PEREZ,<br><br>                  Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC.,<br><br>                  Defendant. | Case No. 2:17-cv-01806-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(b)(5). The Discovery Plan and Scheduling Order (ECF No. 12) filed on September 12, 2017, required the parties to file a joint pretrial order no later than April 13, 2018. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **May 16, 2018**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. *See* Fed. R. Civ. P. 41(b).

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

Dated this 9th day of May, 2018.

                                                                            
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE