| | |
|---|---|
| KEREN E. GESUND, ESQ.<br>Nevada Bar No. 10881<br>**GESUND & PAILET, LLC**<br>5550 Painted Mirage Rd.<br>Suite 320<br>Las Vegas, NV 89149<br>Tel: (702) 300-1180<br>Fax: (504) 265-9492<br>keren@gp-nola.com<br>*Attorney for Plaintiff* | |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| YANCY PEREZ, an individual, on behalf of himself and those similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>NAVIENT SOLUTIONS, LLC, a Delaware limited liability company.<br><br>Defendant. | Case No.: 2:17-cv-01806<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 16 |

Plaintiff, YANCY PEREZ, and Defendant NAVIENT SOLUTIONS, LLC by and through undersigned counsel, hereby stipulate and agree to dismiss Plaintiff's individual claims against Defendant, with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 10th day of May 2018.

| | |
|---|---|
| GESUND & PAILET, LLC | LAW OFFICES OF OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI |
| By: */s/ Keren E. Gesund Esq.*<br>    KEREN E. GESUND, ESQ.<br>    Nevada Bar No. 10881<br>    5550 Painted Mirage Road<br>    Suite 320<br>    Las Vegas, NV 89149<br>    Telephone: (702) 300-1180<br>    Fax: (504) 265-9492<br>    keren@gp-nola.com<br>    *Attorney for Plaintiff* | By: */s/ Max E. Corrick, II, Esq*<br>    MAX E. CORRICK, II, ESQ.<br>    Nevada Bar No. 6609<br>    9950 W. Cheyenne Ave.,<br>    Las Vegas, NV 89129<br>    Telephone: (702) 384-4012<br>    Facsimile: (702) 383-0701<br>    mcorrick@ocgas.com<br>    *Attorney for Defendant* |

**ORDER**

Based on the parties' stipulation **[ECF No. 16]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 11, 2018